**Order entered July 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00579-CV

## HCBECK LTD, AEROTEK, INC. AND JR BULTER, INC., Appellants

## V.

## LERONE BOYD; MICHAEL MARSHALL; JIMMY ALLEN.; AND TROJUAN CORNETT, Appellees

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00907**

## ORDER

Before the court is the July 25, 2019 "Unopposed Motion to Dismiss Appeal as to Defendants/Appellants H.C. Beck Ltd. d/b/a Beck Group" filed by appellees Lerone Boyd, Michael Marshall, Jimmy Allen, and Trojuan Cornett. Appellees (1) assert they have reached a settlement of all claims between them and appellant H.C. Beck Ltd. d/b/a Beck Group and (2) request that this court dismiss this appeal as to appellant H.C. Beck Ltd. d/b/a Beck Group only and remove H.C. Beck Ltd. d/b/a Beck Group from this appeal's caption. Counsel for appellees asserts he has conferred with counsel for all appellants and none are opposed to the requested relief.

We **GRANT** appellees' July 25, 2019 unopposed motion to dismiss this appeal as to H.C. Beck Ltd. d/b/a Beck Group. We **DISMISS** this appeal as to H.C. Beck Ltd. d/b/a Beck Group only and remove H.C. Beck Ltd. d/b/a Beck Group from the caption of this appeal. This appeal remains pending as to all other appellants.

/s/ CORY L. CARLYLE
JUSTICE